

SO ORDERED.

SIGNED this 31st day of August, 2016.

*Lena Mansori James*
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-80571 |
| CHRISTIAN D. LAETTNER, ) | Chapter 7 |
| Debtor ) | |
| ) | |

**ORDER EXTENDING TIME TO FILE MOTION
OR ANSWER TO INVOLUNTARY PETITION**

On August 25, 2016, a hearing was held on the Motion of Christian D. Laettner (the "Debtor"), for a second extension of time within which to file a motion or answer to the Involuntary Petition. At the hearing, Matthew C. Bouchard, Esq., counsel for Chevron U.S.A., Inc., appeared and Richard M. Hutson II, Esq., counsel for the Debtor appeared and no other party appeared or objected to the Motion. The Court after considering the Motion and having heard and considered the statements of counsel for the Debtor that the petitioning creditors consent to the Motion and no other party objected the Motion, finds that the Motion should be granted; therefore, it is

ORDERED that the time for the Debtor to file a motion or answer to the Involuntary Petition is extended up to and including September 19, 2016.

[End of Document]

PARTIES TO BE SERVED:

American Express Bank, FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern PA  19355-0701

**Via CM/ECF**
Richard M. Hutson II, Esq.
Mark R. Sigmon, Esq.
Chris Graebe, Esq.
Amos U. Priester, IV, Esq.
Keith A. Satisky, Esq.
Michael A. Ostrander, Esq.
N. Hunter Wyche, Jr., Esq.
Kevin L. Sink, Esq.
A. Lee Hogewood, III, Esq.
Daniel G. Clodfelter, Esq.
William P. Miller, Esq.
Jason L. Hendren, Esq.
Matthew C. Bouchard, Esq.