United States Bankruptcy Court
Middle District of North Carolina

In re:                                                              Case No. 16-80571-lmj
Christian D. Laettner                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-1        User: shoffner        Page 1 of 1        Date Rcvd: Aug 31, 2016
                        Form ID: pdf014        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
aty            +Keith Satisky,    Satisky & Silverstein, LLP,    415 Hillsborough St.,    Suite 201,
               Raleigh, NC 27603-1727
aty            +Mark Russell Sigmon,    Sigmon Law, PLLC,    5 West Hargett Street,    Suite 812,
               Raleigh, NC 27601-1376
aty            +N. Hunter Wyche, Jr.,    Wilson & Ratledge,    4600 Marriott Dr., Suite 400,
               Raleigh, NC 27612-3305
              American Express Bank, FSB,    c/o Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:
        A. Lee Hogewood, III    on behalf of Creditor    WELLS FARGO BANK, NA lee.hogewood@klgates.com,
      brian.fork@klgates.com;heather.yeomans@klgates.com;mary-beth.pearson@klgates.com;courtney.ritter@klgates.com;margaret.westbrook@klgates.com;john.gardner@klgates.com;matthew.houston@klgates.com;carolyn.hall@klgates.c
        Amos U. Priester, IV    on behalf of Petitioning Creditor    Park Lane IBS, LLC
      apriester@smithlaw.com,    aosterhout@smithlaw.com;kbarden@smithlaw.com
        Christopher T. Graebe    on behalf of Petitioning Creditor    NSA-SP #3, LLC cgraebe@ghslawfirm.com,
      kjudd@wcsr.com
        Daniel G. Clodfelter    on behalf of Creditor Leonard B Simon danclodfelter@parkerpoe.com
        Jason L. Hendren    on behalf of Petitioning Creditor    NSA-SP #3, LLC jhendren@hendrenmalone.com,
      jgorman@hendrenmalone.com;ashave@hendrenmalone.com
        Kevin Lamar Sink    on behalf of Interested Party    FCP West Village Phase II, LLC
      ksink@nichollscrampton.com,    sdenney@nichollscrampton.com;NCECFmail@gmail.com
        Lynn Brown    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
        Matthew Charles Bouchard    on behalf of Creditor    Chevron USA, Inc. mcb@lewis-roberts.com
        Michael A. Ostrander    on behalf of Creditor    EagleBank mostrander@w-rlaw.com,    erae@w-rlaw.com
        Rebecca F. Redwine    on behalf of Petitioning Creditor    NSA-SP #3, LLC
      rredwine@hendrenmalone.com,    jgorman@hendrenmalone.com;ashave@hendrenmalone.com
        Richard M. Hutson, II    on behalf of Debtor Christian D. Laettner wade@hhplaw.com
        William P Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                      TOTAL: 12

SO ORDERED.

SIGNED this 31st day of August, 2016.



                                LENA MANSORI JAMES
                       UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### Durham Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-80571 |
| CHRISTIAN D. LAETTNER, | ) | Chapter 7 |
|         Debtor | ) | |
| | ) | |

### ORDER EXTENDING TIME TO FILE MOTION
### OR ANSWER TO INVOLUNTARY PETITION

On August 25, 2016, a hearing was held on the Motion of Christian D. Laettner (the "Debtor"), for a second extension of time within which to file a motion or answer to the Involuntary Petition. At the hearing, Matthew C. Bouchard, Esq., counsel for Chevron U.S.A., Inc., appeared and Richard M. Hutson II, Esq., counsel for the Debtor appeared and no other party appeared or objected to the Motion. The Court after considering the Motion and having heard and considered the statements of counsel for the Debtor that the petitioning creditors consent to the Motion and no other party objected the Motion, finds that the Motion should be granted; therefore, it is

ORDERED that the time for the Debtor to file a motion or answer to the Involuntary Petition is extended up to and including September 19, 2016.

[End of Document]

PARTIES TO BE SERVED:

American Express Bank, FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern PA  19355-0701

**Via CM/ECF**
Richard M. Hutson II, Esq.
Mark R. Sigmon, Esq.
Chris Graebe, Esq.
Amos U. Priester, IV, Esq.
Keith A. Satisky, Esq.
Michael A. Ostrander, Esq.
N. Hunter Wyche, Jr., Esq.
Kevin L. Sink, Esq.
A. Lee Hogewood, III, Esq.
Daniel G. Clodfelter, Esq.
William P. Miller, Esq.
Jason L. Hendren, Esq.
Matthew C. Bouchard, Esq.